UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

COMMODITIES & MINERALS
ENTERPRISE LTD.,

       Petitioner,

v.            Case No.

CVG FERROMINERA ORINOCO, C.A.,

       Respondent.

**AFFIDAVIT OF BRUCE G. PAULSEN
IN SUPPORT OF PETITION TO CONFIRM ARBITRATION AWARDS**

STATE OF NEW YORK )
         ) ss.:
COUNTY OF NEW YORK )

   BRUCE G. PAULSEN, being duly sworn, deposes and says:

   1. I am a member of the law firm of Seward & Kissel LLP, counsel for Petitioner Commodities & Minerals Enterprise Ltd. ("Petitioner" or "CME") in the above-referenced matter. I also served as counsel to CME in connection with the underlying arbitration proceedings; as such, I have gained personal knowledge of the documents and facts referenced herein and, if called to testify, could and would competently testify thereto.

   2. Attached hereto as Exhibit 1 is a true and correct copy of the Final Award issued on December 20, 2018, designated as Award No. 4358, together with Appendices A and B (the "Final Award") issued by a panel of arbitrators (the "Panel") under the rules of the Society of Maritime Arbitrators ("SMA") in the proceeding styled *In the Matter of the Arbitration between Commodities & Minerals Enterprise LTD. v. CVG Ferrominera Orinoco, C.A. Pursuant to the*

*Transfer System Management Contract dated August 7, 2010* (the "TSMC Arbitration") between Petitioner and Respondent CVG Ferrominera Orinoco, C.A. ("Respondent" or "FMO").

3. I certify that I have compared Exhibit 1 with the Final Award sent directly to me by the Panel via Federal Express delivery and found it to be a true and complete copy.

4. Attached hereto as Exhibit 2 is a true and correct copy of a Federal Express tracking report, received from the Chairman of the Panel, reflecting that the Final Award was delivered to FMO's counsel on December 24, 2018.

5. Attached hereto as Exhibit 3 is a true and correct copy of the Final Award Concerning Claimant's Motion to Correct the Final Award of December 20, 2018, issued by the Panel on February 11, 2019, designated as Award No. 4363 (the "Corrected Award" and together with the Final Award, the "Award").

6. I certify that I have compared Exhibit 3 with the Corrected Award sent directly to me by the Panel via first class mail and found it to be a true and complete copy.

7. Attached hereto as Exhibit 4 is a true and correct copy of a Federal Express tracking report, received from the Chairman of the Panel, reflecting that the Corrected Award was delivered to FMO's counsel on February 27, 2019.

8. To date, FMO has not, to my knowledge, information, or belief, served on CME or filed a motion to vacate, modify, or correct the Award.  Nor has FMO made any payments whatsoever to CME in satisfaction of the Award.

9. Attached hereto as Exhibit 5 is a true and correct copy of the Transfer System Management Contract entered into as of August 7, 2010 (the "TSMC").  The parties' agreement to arbitrate is contained at paragraph 41 of the TSMC.

10. I certify that I have compared Exhibit 5 with the copy of the TSMC that was

submitted to the Panel in the TSMC Arbitration by both CME and FMO and found it to be a true and complete copy. This is the same agreement that was previously submitted to this Court in connection with CME's petition to confirm a prior arbitration award issued by the Panel in the same underlying arbitration, which petition was granted by this Court on July 18, 2018. *See Commodities & Minerals Enter. v. CVG Ferrominera Orinoco*, 2018 U.S. Dist. LEXIS 120909, at *24 (S.D. Fla. July 18, 2018).

11. The TSMC Arbitration was conducted pursuant to the SMA Rules in effect as of the date of the TSMC (i.e., August 7, 2010), a true and correct copy of which are attached hereto as Exhibit 6.

12. Attached hereto as Exhibit 7 is a true and correct copy of an email dated June 1, 2016, from Arbitrator Siciliano, reflecting the appointment of the Chairman of the Panel as an additional arbitrator.

13. Attached hereto as Exhibit 8 is a true and correct copy of an email dated June 27, 2016, from the Chairman of the Panel, reflecting the parties' confirmation of their acceptance of the Panel.

_____
Bruce G. Paulsen

Sworn to before me
this 19th day of December 2019

_____
Notary Public

MICHAEL OHANESIAN
Notary Public, State of New York
No. 01OH6174070
Qualified in Queens County
Certificate Filed in New York County
Commission Expires September 10, 2023

3