UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 19-cv-25217 (DPG)

**COMMODITIES & MINERALS
ENTERPRISE LTD.,**

      Petitioner,

vs.

**CVG FERROMINERA ORINOCO, C.A.,**

      Respondent.
_____/

## DECLARATION OF DANIEL E. VIELLEVILLE

I, Daniel E. Vielleville, hereby declare as follows:

1.  I a partner with the law firm of Assouline & Berlowe, P.A., counsel of record for the Respondent in the above-captioned action, as well as in the underlying arbitration. As such, I am familiar, based upon my personal knowledge and my review of the file maintained by my office, with the pleadings and proceedings in this matter.

2.  Herewith attached are true copies of the following:

    Exhibit 1:  TSMC

    Exhibit 2:  Restatement of the U.S. Law of International Commercial and Investor-State Arbitration, Final Draft § 4.23

    Exhibit 3:  Draft Text of a Model Law on International Commercial Arbitration, A/CN.9/264, March 25, 1985, Chapter VIII

    Exhibit 4:  First Witness Statement of Maris Ziri-Castro Lopez ("Ziri-Castro")

    Exhibit 5:  Commercial Alliance Agreement

    Exhibit 6:  Second Witness Statement of Ziri-Castro

| | |
|---|---|
| Exhibit 7: | Transcript of First Ziri-Castro Arbitration Testimony |
| Exhibit 8: | Transcript of Second Ziri-Castro Arbitration Testimony |
| Exhibit 9: | Oral and Public hearing Record, July 21, 2016, Case No. 6J-969-15 |
| Exhibit 10: | Request to prosecute Mr. Radwan Sabbagh dated August 23, 2013 |
| Exhibit 11: | Request for Arrest Order against Tyrone Serrao, August 26, 2013 |
| Exhibit 12: | Arrest Order dated October 24, 2013 |
| Exhibit 13: | Email dated September 3, 2010 from Tyrone Serrao to his lawyer Gerardo Vazquez, Esq. |
| Exhibit 14: | Transcript of Arbitration, Vol. V, May 31, 2017 |
| Exhibit 15: | Transcript of Arbitration, Vol. IV, May 30, 2017 |
| Exhibit 16: | Transcript of Arbitration, Vol. VIII, June 26, 2017 |
| Exhibit 17: | FMO's Application to Review and Set Aside Partial Arbitral Award on Security |
| Exhibit 18: | Order Annulling Framework Agreement and CAA |
| Exhibit 19: | FMO's Reply in Support Application to Review and Set Aside Partial Arbitral Award on Security |
| Exhibit 20: | OECD Convention on Combating Bribery of Foreign Public Officials in International Business Transactions |
| Exhibit 21: | Carolyn B. Lamm, Hansel T. Pahm & Rahim Moloo, *Fraud and Corruption in International Arbitration*, LIBER AMICORUM BERNARDO CREMADES, p. 669 at 703 (2010) |
| Exhibit 22: | Constantine Partisides, *How Should Tribunal Deal with Evidence of Corruption of an Investment or the Securing of Government Permits?,* 25 ICSID REVIEW 1, ¶56 (2010) |
| Exhibit 23: | Emmanuel Gaillard, *The emergence of transnational responses to corruption in international arbitration*, ARB. INT'L, Vol. 35, Issue 1, pp. 10- 19 (2019) |

Exhibit 24: Claus Werner Von Wobeser, *The Corruption Defense and Preserving the Rule of Law*, ICCA Congress Series, Volume 19, pp. 203-224 (2017)

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 27, 2021
Miami, Florida

By: _____
Daniel E. Vielleville, Esq.