# EXHIBIT E

02/12/2014 WED 17:20 FAX                                                    ☑001/007

Tuesday, February 11, 2014 3:18 PM

Subject: FW: Project remuneration
Date: Thursday, January 12, 2012 10:36 PM
From: Gerardo Vazquez <gv@gvazquez.com>
To: Alvaro Vazquez <alvaro@mecomiami.com>

------ Forwarded Message
From: Tyrone Serrao <ts@cmeltd.com>
Date: Fri, 3 Sep 2010 01:07:47 -0400
To: Gerardo Vazquez <gv@gvazquez.com>
Cc: Clemente Silva <clemsilva@hotmail.com>, Lisa Sherrif <lisa@cmeltd.com>
Subject: Project remuneration

Dear Gerry,
Based on the estimated figures for the transfer system contract, I am allocating a 16,5% share
of my participation agreed with Clemente as follows:

From the 40% belonging to Baumann, as you know, this amount has been agreed with
Clemente to be equally split between him and myself.

From my 50%,    16,5% will be allocated to you, in the following way, which gives you a total
share of the contract in the sum of  $3,293,431.93

   Gerardo
   16.5%
Year ending 2010  $3,033.87
Year ending 2011  $245,983.06
Year ending 2012  $646,305.00
Year ending 2013  $884,070.00
Year ending 2014  $943,470.00
Year ending 2015  $570,570.00
   $3,293,431.93

I will expect that In return for this compensation, all legal fees in respect to my group of
companies, for this period are now covered.

Page 1 of 2

I am instructing Lisa to make automatic payments to you as they fall due.

Please confirm in which account should these payment be deposited.


Best regards

Tyrone Serrao
President




Commodities & Minerals Enterprise LTD
501 Brickell Key Drive
Suite 502
Miami Fl 33131
Office +1 305.375.0632
GSM USA +1 305.450.4782
GSM VZLA +58 4143860759
E-Mail ts@cmeltd.com <mailto:mu@cmeltd.com>
http://www.cmeltd.com <http://www.cmeltd.com/>



------ End of Forwarded Message